O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID SCHAFER, | ) | CASE NO. CV 09-07670 RZ |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded to the Commissioner for the awarding of benefits.

DATED:   July 29, 2010

RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE