Shanny J. Lee, Calif. Bar No. 213599
LAW OFFICES OF HARRY J. BINDER
AND CHARLES E. BINDER, P.C.
4000 W. Metropolitan Dr.
Orange, CA 92868-3504
Phone (714) 564-8644
Fax  (714) 564-8641
Email:  shannyjlee@gmail.com

Attorney for plaintiff David Schafer

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID SCHAFER, | ) | No. CV 09-07670 RZ |
| | ) | |
| PLAINTIFF, | ) | [PROPOSED] ORDER AWARDING |
| v. | ) | EAJA FEES |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| DEFENDANT. | ) | |

_____

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), and for cause shown,

IT IS ORDERED that plaintiff is awarded attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of THREE THOUSAND DOLLARS and 00/100's ($3,000.00), as authorized by 28 U.S.C. § 2412(d)., and subject to the terms and conditions of the Stipulation.

DATED: October 05, 2010

_____
HONORABLE RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE

Proposed Order for EAJA fees